**TEMPLEMAN OIL CORPORATION OF DELAWARE et al. v. FRANTZ et al.**

No. 12174—Opinion Filed Oct. 23, 1923.

(Syllabus.)

**Appeal and Error—Failure of Defendant in Error to File Brief—Reversal.**

Where the plaintiff in error has duly filed and served brief in compliance with the rule of the Supreme Court, and defendant in error has neither filed brief nor offered excuse for failure so to do, the Supreme Court will not search the record to find some theory upon which the judgment may be sustained; but, where the brief appears reasonably to sustain any assignment of prejudicial error, the judgment will be reversed.

Error from District Court, Tulsa County; Owen Owen, Judge.

Action between the Templeman Oil Corporation of Delaware and others and O. G. Frantz and another. From the judgment, the former bring error. Reversed and remanded, with directions.

Geo. B. Schwabe, for plaintiffs in error.

West, Sherman, Davidson & Moore, for defendants in error.

COCHRAN, J. Plaintiffs in error filed their brief herein on August 2, 1923. No brief has been filed by defendants in error, and no extension of time given to file same, and no reason assigned why brief has not been filed. Under the rule of this court, when the brief of plaintiff in error appears reasonably to sustain the assignments of error, this court will not search the record to find some theory upon which judgment may be sustained. Following this rule, the judgment of the trial court in this cause is reversed, and cause remanded, with directions to vacate the order appointing receiver and restoring parties to their respective rights in the premises as they existed prior to the appointment of the receiver.

All the Justices concur.